# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:12-cv-505-RJC

| | |
|---|---|
| IVAN L. MENDEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| INTERNATIONAL CRIME ) | |
| ORGANIZATIONS, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on initial review pursuant to 28 U.S.C. § 1915(e). Plaintiff, who is proceeding pro se, filed a Complaint, (Doc. No. 1), and an Application To Proceed In Forma Pauperis, (Doc. No. 1-1), on August 14, 2012. For the reasons explained below, the Court dismisses Plaintiff's Complaint sua sponte as frivolous.

Plaintiff filed this action on August 14, 2012, pursuant to 42 U.S.C. § 1983, naming as the sole Defendant "International Crime Organizations." The Court first considers Plaintiff's motion to proceed in forma pauperis. Plaintiff's statement in support of such motion is mostly unintelligible, but he does state that he has "no income or money from any source." (Doc. No. 1-1 at 1). The Court is satisfied that Plaintiff does not have sufficient resources with which to pay the filing fee for this matter. Therefore, Plaintiff's in forma pauperis motion will be granted.

Because Plaintiff is proceeding in forma pauperis, the Court must review the Complaint to determine whether it is subject to dismissal on the grounds that it is "frivolous or malicious [or] fails to state a claim on which relief may be granted." 28 U.S.C. § 1915(e)(2). In its frivolity review, this Court must determine whether the Complaint raises an indisputably meritless legal theory or

is founded upon clearly baseless factual contentions, such as fantastic or delusional scenarios. Neitzke v. Williams, 490 U.S. 319, 327-28 (1989).

Plaintiff's Complaint is frivolous. His Complaint is largely unintelligible. Plaintiff purports to represent a class of cowboys, cowgirls, rednecks, and the Church of Jesus Christ of Latter Day Saints against a group of "connected wired soldiers" comprising an international criminal organization. (Doc. No. 1). The Court dismisses the Complaint is its entirety under Neitzke, 490 U.S. at 327-28.

**IT IS, THEREFORE, ORDERED** that:

(1) Plaintiff's Application to Proceed in Forma Pauperis, (Doc. No. 1-1), is **GRANTED**.

(2) Plaintiff's Complaint, (Doc. No. 1), is **DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). The Clerk is directed to close the case.

Signed: August 21, 2012

Robert J. Conrad, Jr.
Chief United States District Judge