# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ivan L. Mendez,

        Plaintiff(s),					JUDGMENT IN A CIVIL CASE

vs.								3:12cv505

International Crime Organizations,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 21, 2012 Order.

        Signed: August 21, 2012

Frank G. Johns, Clerk
United States District Court